# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| DAVID MOORE, an individual<br><br>Plaintiff,<br><br>vs.<br><br>ALL STAR AUTO RECYCLING, INC., A CALIFORNIA CORPORATION; JOSEPH CREAM, AN INDIVIDUAL; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:11−CV−00223−MCE −CKD<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR LEAVE TO FILE A STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT, AND ALLOWING DEFENDANTS TIME TO RESPOND** |

Having considered Plaintiff's Ex Parte Application for leave to file a statement of undisputed facts in support of Plaintiff's Motion for Partial Summary Judgment, and allowing Defendant time to respond, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

1- Plaintiff's Ex Parte Application IS GRANTED.

2- Plaintiff's Statement of Undisputed Facts is deemed filed as of the date of this

signed Order.

3- Defendants shall have 7 days from the issuance of this Order to respond to the Statement of Undisputed Facts.

4- Hearing on Plaintiff's Motion for Partial Summary Judgment is hereby continued to November 1, 2012 at 2:00pm.

IT IS SO ORDERED.

Dated: October 12, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE