UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAVID MOORE,                           No. 2:11-cv-00223-MCE-CKD

    Plaintiff,

  v.                                   ORDER CONTINUING TRIAL

ALL STAR AUTO RECYCLING, ET AL.,

    Defendant.
_____/

    YOU ARE HEREBY NOTIFIED the April 29, 2013 jury trial is vacated and continued to **February 10, 2014**, at **9:00 a.m.** in Courtroom 7.  The parties shall file trial briefs not later than **December 5, 2013.**  Counsel are directed to Local Rule 285 regarding the content of trial briefs.

    Accordingly, the March 7, 2013 Final Pretrial Conference is vacated and continued to **December 19, 2013,** at **2:00 p.m.** in Courtroom 7.  The Joint Final Pretrial Statement is due not later than **November 28, 2013** and shall comply with the procedures outlined in the Court's April 10, 2012 Amended Pretrial Scheduling Order.

///

1  The personal appearances of the trial attorneys or person(s) in
2  pro se is mandatory for the Final Pretrial Conference.
3  Telephonic appearances for this hearing are not permitted.
4      Any evidentiary or procedural motions are to be filed by
5  **November 28, 2013.**  Oppositions must be filed by **December 5, 2013**
6  and any reply must be filed by **December 12, 2013.**  The motions
7  will be heard by the Court at the same time as the Final Pretrial
8  Conference.
9      All other due dates set forth in the Court's Amended
10 Pretrial Scheduling Order are confirmed.
11     IT IS SO ORDERED.

 Dated: October 29, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2