UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAVID MOORE,                              No. 2:11-cv-00223-MCE-CKD

      Plaintiff,

  v.                                      ORDER CONTINUING TRIAL

ALL STAR AUTO RECYCLING, ET AL.,

      Defendant.
_____/

    YOU ARE HEREBY NOTIFIED the April 29, 2013 jury trial is vacated and continued to **February 10, 2014**, at **9:00 a.m.** in Courtroom 7. The parties shall file trial briefs not later than **December 5, 2013**. Counsel are directed to Local Rule 285 regarding the content of trial briefs.

    Accordingly, the March 7, 2013 Final Pretrial Conference is vacated and continued to **December 19, 2013**, at **2:00 p.m.** in Courtroom 7. The Joint Final Pretrial Statement is due not later than **November 28, 2013** and shall comply with the procedures outlined in the Court's April 10, 2012 Amended Pretrial Scheduling Order.

///

The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference. Telephonic appearances for this hearing are not permitted.

Any evidentiary or procedural motions are to be filed by **November 28, 2013**. Oppositions must be filed by **December 5, 2013** and any reply must be filed by **December 12, 2013**. The motions will be heard by the Court at the same time as the Final Pretrial Conference.

All other due dates set forth in the Court's Amended Pretrial Scheduling Order are confirmed.

IT IS SO ORDERED.

Dated: October 29, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2