# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| DAVID MOORE, an individual<br><br>Plaintiff,<br><br>vs.<br><br>ALL STAR AUTO RECYCLING, INC., A CALIFORNIA CORPORATION; JOSEPH CREAM, AN INDIVIDUAL; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:11−CV−00223−MCE −CKD<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) this action and all claims asserted in it are dismissed with prejudice and the matter is closed.

Dated: February 24, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

-1-